O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SA CV 08-226 DOC (MLGx)            Date: October 21, 2008

Title: SERJIK HATAMI v. KIA MOTORS AMERICA, INC. AND KIA MOTORS CORPORATION

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                  Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                          NONE PRESENT

PROCEEDING (IN CHAMBERS): DENYING DEFENDANTS' MOTION TO QUASH SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT

       Before the Court is Defendant Kia Motors Corporation's ("Defendant") Motion to Quash Service of Summons and First Amended Complaint (the "Motion"). The Court finds the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15.

       The parties are hereby ordered to bring someone who is legally capable of receiving service to their October 27, 2008 scheduling conference before this Court. Service can then be performed in this Court on October 27, 2008, thereby resolving any disputes regarding prior service.

       For the foregoing reasons, Defendant's Motion is hereby DENIED. The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                   Initials of Deputy Clerk _kh_
CIVIL - GEN                                                                         Page 1 of 1